595 A.2d 1076

**Timothy BRACY**

v.

**STATE of Maryland.**

**No. 11, Sept. Term, 1991.**

Court of Appeals of Maryland.

Sept. 13, 1991.

Arthur A. DeLano, Jr., Asst. Public Defender (Stephen E. Harris, Public Defender, on brief), Baltimore, for petitioner.

Gwynn X. Kinsey, Jr., Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen., on brief), Baltimore, for respondent.

Argued before MURPHY, C.J., and ELDRIDGE, RODOWSKY, McAULIFFE, CHASANOW, KARWACKI and BELL, JJ.

### ORDER

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 13th day of September, 1991.

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.